IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-2496 |
| | : | |
| CARMEN CRUZ, et al. | : | |

**<u>ORDER</u>**

AND NOW, this 18th day of May, 2015, for the reasons set forth in the accompanying Memorandum, it is ORDERED the Clerk of Court is DIRECTED to enter DEFAULT in favor of Plaintiff J&J Sports Productions, Inc. and against Defendant Rivera, Inc.

Judgment as to Defendants Rivera, Inc. and Carmen Cruz will be entered by separate order.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.