IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-2496 |
| | : | |
| CARMEN CRUZ, et al. | : | |

# **ORDER**

AND NOW, this 18th day of May, 2015, for the reasons set forth in the accompanying Memorandum, it is ORDERED Plaintiff J&J Sports Productions, Inc.'s Motion for Summary Judgment (Document 21) is GRANTED as to Defendant Carmen Cruz.

Judgment as to Defendants Rivera, Inc. and Carmen Cruz will be entered by separate order.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.